ORIGINAL

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

EMERIDA PARAS
NAME
98-271 KAONOHI ST. H6
MAILING ADDRESS
AIEA HI. 96701
CITY, STATE, ZIP CODE
(808) 748-1543
TELEPHONE NUMBER
N/A
FACSIMILE AND EMAIL (if applicable)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2024

at ___ o'clock and ___ min. ___ M
Lucy H. Carrillo, Clerk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CIVIL NO. **CV 24 00268 MWJS WRP**

EMERIDA PARAS )
Plaintiff, )
)
vs. )
)
LLOYD J. AUSTIN III )
Defendant(s), )

EMPLOYMENT DISCRIMINATION
COMPLAINT

1.  Plaintiff resides at:

    Address: 98-271 KAONOHI ST. H6

    City, State & Zip Code AIEA, HI. 96701

    Phone number: (808) 748-1543

2.  Defendant is located at:

    Address: 1000 DEFENSE PENTAGON,

    City, State & Zip Code WASHINGTON, DC 20301-1000

EEO 1 - Page1

3.     This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.     This acts complained of in this suit concern:

A.   ☐   Failure to employ me.

B.   ☑   Termination of my employment

C.   ☐   Failure to promote me.

D.   ☑   Other acts as specified below:

1(B)  I was terminated because I filed an EEO complaint. I was not given a proper opportunity to demonstrate my proficiency. I was not given a performance improvement plan.

2(D)  my Supervisors, Major Clifford Wong and MS Nasrin Segovia continuously belittled me. I was harassed and bullied by them after a work related injury. The harassment intensified after I filed an EEO complaint. After filing the complaint for publically asking if I was going to cook my Dog. This was asked of me because I am Filipino. Leave was given often non-Filipino employees, when I needed sick leave, I was charged with one-hour AWOL.

EEO 1 - Page2

5.   Defendant's conduct is discriminatory with respect to the following:

A.   ☒   My race or color.

B.   ☐   My religion.

C.   ☐   My sex.

D.   ☒   My national origin.

E.   ☐   Other acts as specified below:

_____

_____

6.   The basic facts surrounding my claim of discrimination are:

1) I was treated differently than other non-filipino employees

2) I was publically humiliated by asking about cooking Dog at a Pot luck

3) my work load was increased and fellow employees were ordered not to help/out assist. This created a hostile work environment, post EEO complaint

4) Supervisors found out I was trying to move to a different location, they tried to blackball me, by telling a subordinate not to hire me.

5) I was not given proper opportunity to continue working, I was fired without due process.

EEO 1 - Page3

7.    The alleged discrimination occurred on or about ___February - March 2023.___
                                                      (Date)

9.    I filed charges with the Federal Equal Employment Opportunity Commission (or the
      State of Hawaii Department of Labor and Industrial Relations, Enforcement Division)
      regarding defendant's alleged discriminatory conduct on or about ___Late 2023___.
                                                                    August (Date)

10.   WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate,
      including injunctive orders, damages, costs, and attorney fees.


      Dated: ___7/1/2024___

      _____
      Signature of Plaintiff

      ___Emerida Paras___
      Plaintiff's Name - printed, or typed.
      (Notarization is not required)


EEO 1 - Page 4

To Whom It May Concern:                                      June 25, 2024

The purpose of this letter is to request Judicial review of my case which involves a claim of discrimination. This discrimination is based on my race and national origin. In addition, I request representation by a court-appointed lawyer and waiver to any requirement of prepayment of fees, costs, or other security. The reason for these requests is that after filing my complaint, I was fired by my Federal Agency (Defense of Defense) and do not have funds to complete the filing fee requirements or hire a lawyer to represent me.

My case was funneled to the US Merit Systems Protection Board, Western Regional Office. Emerida Paras (Appellant) ; Department of Defense (Agency) Docket Number SF-0432-24-0035-I-1. Dated May 1, 2024.

The discrimination in question came in the form of a supervisor's goup text where in response to my reply about what to bring to a work-related potluck, he wrote, "You Are Going To Cook Your Dog?" This was in an employee's group text, and I was horrified he would write that. It was later claimed he meant that for a different Asian worker.

I believe my wrongful termination was retaliation for filing an appropriate complaint. The Agency did not admit to discrimination, and claimed their supervisor, "did nothing wrong." I believe strongly, and I believe anyone with common sense would agree, that I was a victim of illegal Racial and National Origin Discrimination. I also believe that I was illegally retaliated for filing a lawful and protected complaint.

I have enclosed a copy of a letter from my physician.


Thank you for your consideration,

Emerida Paras
98-271 Kaonohi St Unit H6
Aiea, HI 96701
(808) 748-1543
Encl. (Letter from Dr. Alan Wolfson))